| Com. v. Brown | 08/31/2015134 WAL (2015) | Denied | Pa.Super., 120 A.3d 1060 |
|---|---|---|---|
| Com. v. Brunner | 08/31/201549 WAL (2015) | Denied | Pa.Super., 118 A.3d 459 |
| Com. v. Bucher | 09/23/2015408 MAL (2015) | Denied | Pa.Super., 120 A.3d 1045 |
| Com. v. Collins | 08/28/2015156 EAL (2012) | Denied | Pa.Super., 47 A.3d 1245 |
| Com. v. Concordia | 08/26/2015604 MAL (2014) | Denied | Pa.Super., 97 A.3d 366 |
| Com. v. Cruz | 08/26/2015249 MAL (2015) | Denied | Pa.Super., 120 A.3d 1047 |
| Com. v. Easton | 08/21/2015239 MAL (2015) | Denied | Pa.Super., 120 A.3d 1047 |
| Com. v. Edgefield | 08/25/2015172 EAL (2015) | Denied | Pa.Super., 75 A.3d 541 |
| Com. v. Eiland | 09/23/2015128 MAL (2015) | Denied | Pa.Super., 118 A.3d 448 |
| Com. v. Ellison | 08/26/2015189 EAL (2015) | Denied | Pa.Super., 120 A.3d 1053 |
| Com. v. Footman | 09/23/2015221 EAL (2015) | Denied | Pa.Super., 120 A.3d 1063 |
| Com. v. Glodzik | 08/31/2015335 MAL (2015) | Denied | Pa.Super., 121 A.3d 1118 |
| Com. v. Graham | 08/25/2015276 EAL (2015) | Denied | Pa.Super., 121 A.3d 1124 |
| Com. v. Hann; Weachter, In re | 08/31/2015248 MAL (2015) | Denied | Pa.Super., 111 A.3d 757 |
| Com. v. Hart-Jones | 08/21/2015147 EAL (2015) | Denied | Pa.Super., 120 A.3d 387 |